FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

08 JUN 18 PM 2: 52

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:08CR 3081 |
| vs. ) | |
| ) | **INDICTMENT** |
| JESUS ALAGAZANDER ALVAREZ, ) | |
| a/k/a Jesus Zelayandia, ) | [18 U.S.C. §§ 2423(b) & 2422(b)] |
| a/k/a Alex Enrique Rivas, ) | |
| ) | |
| Defendant. ) | |

The Grand Jury charges:

## COUNT I

On or about the 31st day of January, 2008, in the District of Nebraska and elsewhere, JESUS ALAGAZANDER ALVAREZ, a/k/a Jesus Zelayandia, a/k/a Alex Enrique Rivas, did travel in interstate commerce from the State of California to Cheyenne County, Nebraska, for the purpose of engaging in illicit sexual conduct with a person under eighteen (18) years of age, in that JESUS ALAGAZANDER ALVAREZ, a/k/a Jesus Zelayandia, a/k/a Alex Enrique Rivas, did travel to Cheyenne County, Nebraska, in order to engage in sexual activity with a female juvenile to include the penile penetration of the juvenile female's vulva and the juvenile female's anus, and penetration of the juvenile female's anal or genital opening by a hand or finger, with an intent to gratify the sexual desire of another person, at a time when the juvenile female, having a date of birth of June 3, 1994, had not obtained her 18th birthday and, said illicit sexual conduct, if within the maritime and territorial jurisdiction of the United States, would be in violation of Title 18, United States Code, Section 2243(a).

In violation of Title 18, United States Code, Section 2423(b).

4:08CR 3081

## COUNT II

Between on or about January 27, 2008, up to and including January 31, 2008, in the District of Nebraska and elsewhere, JESUS ALAGAZANDER ALVAREZ, a/k/a Jesus Zelayandia, a/k/a Alex Enrique Rivas, did use a facility and means of interstate commerce, that is, a cellular telephone, to knowingly attempt to persuade, induce, and entice a person under 18 years of age, known to JESUS ALAGAZANDER ALVAREZ, a/k/a Jesus Zelayandia, a/k/a Alex Enrique Rivas as a juvenile, to engage in any sexual activity for which any person may be criminally prosecuted to include prosecution pursuant to Sections 28-320.01 of the Revised Statutes of Nebraska and Title 18, United States Code, Section 2423(b).

In violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL

FOREPERSON

JOE W. STECHER
United States Attorney

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

STEVEN A. RUSSELL
Assistant U.S. Attorney

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
08 JUN 18 PM 2:52
OFFICE OF THE CLERK