IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:08CR3081 |
| | ) | |
| JESUS ALAGAZANDER ALVAREZ, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

THIS MATTER comes before the Court on defendant's Unopposed Motion to Extend the Deadline for Filing Pretrial Motions, filing no. 25, from February 9, 2009, until February 23, 2009. The Court, being fully advised in the premises, and noting that the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall file any pretrial motions in the above captioned matter no later than Monday, February 23, 2009.

This Court notes that the speedy trial time has been tolled from January 28 until March 23, 2009. See, filing no. 22. Thus, no further Order related to tolling the speedy trial time because of defendant's motion to continue his deadline for filing pretrial motions is necessary.

Dated this 9th day of February, 2009.

BY THE COURT

s/ David L. Piester

David L. Piester
United States Magistrate Judge