```
                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,        )
                                 )
                Plaintiff,       )         4:08CR3081
                                 )
        v.                       )
                                 )
JESUS ALAGAZANDER ALVAREZ,       )            ORDER
                                 )
                Defendant.       )
                                 )
```

IT IS ORDERED:

Plaintiff's motion for extension of brief deadline, filing no. 32, is granted and plaintiff is given until March 20, 2009 to file its brief in response to defendant's motion to suppress (filing no. 29).

DATED this 11th day of March, 2009.

BY THE COURT:

s/ David L. Piester

David L. Piester
United States Magistrate Judge