IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:08CR3081 |
| v. | ) | |
| JESUS ALAGAZANDER ALVAREZ, | ) | ORDER |
| Defendant. | ) | |

Plaintiff has orally moved for continuance of the suppression hearing scheduled for March 25, 2009, to which defendant has no objection.

IT THEREFORE HEREBY IS ORDERED,

The suppression hearing is continued to April 1, 2009 at 3:00 p.m.

DATED this 24th day of March, 2009.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge