IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:08CR3081 |
| | ) | |
| V. | ) | |
| | ) | |
| JESUS ALAGAZANDER ALVAREZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the plaintiff's motion for dismissal (filing 36) is granted.

DATED this 26th day of March, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge